**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2262

MICHAEL EDWARD KENNEDY,

              Plaintiff - Appellant,

       v.

DEPARTMENT OF THE ARMY; MICHELLE V. MITCHELL, sued in her
individual and official capacities; JOHN MCHUGH, Secretary
of the Army, sued in his individual and official capacities,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:13-cv-00390-CCB)

Submitted:  February 10, 2014        Decided:  February 19, 2014

Before MOTZ and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se.   Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy appeals the district court's order granting Defendants' motion to dismiss his complaint alleging Defendants violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012), the Administrative Procedures Act, and his right to due process under the Fifth and Fourteenth Amendments. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Kennedy v. Department of the Army, No. 1:13-cv-00390-CCB (D. Md. filed Aug. 23, 2013; entered Aug. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2